# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

IN RE:

    PAUL E JONES,　　　　　　　　　　CASE NO. **12-60259**
    Debtor,　　　　　　　　　　　　　　　CHAPTER 7
　　　　　　　　　　　　　　　　　　　　JUDGE WILLIAM E ANDERSON

WELLS FARGO BANK, N.A.
Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Adv. Pro. No. 12-06050

PAUL E JONES,
Defendant.

---

## SATISFACTION OF JUDGMENT

---

    Judgment was rendered in favor of the above-named WELLS FARGO BANK, N.A. and against the above-names PAUL E JONES in the above-entitled action, on September 7, 2012, in the sum of $5,775.00 and for costs and that WELLS FARGO BANK, N.A. desires to release this judgment and hereby fully and completely satisfy the same.

        /s/Daniel Ross
        **Daniel Ross, Bar # 79727**
        Attorney for Wells Fargo Bank, N.A.
        Weinstein & Riley, P.S.
        2001 Western Avenue, Suite 400
        Seattle, WA 98121
        Phone: (206) 269-3490
        Fax: (206) 269-3493
        Email: danielr@w-legal.com

45383508

# CERTIFICATE OF SERVICE

I, Jared Oboy, hereby certify I am over the age of 18, not a party to this action, and that on May 18, 2015, I caused to be sent by the Court's CM/ECF Notification to all parties receiving electronic notice and by first-class mail to all other parties a true and correct copy of Plaintiff's Satisfaction of Judgment:

| | |
|---|---|
| Paul E Jones | C Lamar Garren Esq |
| 505 Kellogg Dr | ATTORNEY AT LAW |
| Charlottesville, VA 22903-4643 | Po Box 2737 |
| | Charlottesville, VA 22902 |

DATED: May 18, 2015

/s/_Jared Oboy
Jared Oboy, Legal Assistant to
**Daniel Ross, Bar # 79727**
Attorney for Wells Fargo Bank, N.A.

45383508